

Jackson Lewis P.C.
677 Broadway
Ninth Floor
Albany NY 12207
Tel 518 512-8700
Fax 518 242-7730
www.jacksonlewis.com

ALBANY NY
ALBUQUERQUE NM
ATLANTA GA
AUSTIN TX
BALTIMORE MD
BIRMINGHAM AL
BOSTON MA
CHICAGO IL
CINCINNATI OH
CLEVELAND OH
DALLAS TX
DAYTON OH
DENVER CO
DETROIT MI
GRAND RAPIDS MI
GREENVILLE SC
HARTFORD CT
HONOLULU HI*
HOUSTON TX
INDIANAPOLIS IN
JACKSONVILLE FL
KANSAS CITY REGION
LAS VEGAS NV
LONG ISLAND NY
LOS ANGELES CA
MADISON, WI
MEMPHIS TN
MIAMI FL
MILWAUKEE WI
MINNEAPOLIS MN
MONMOUTH COUNTY NJ
MORRISTOWN NJ
NEW ORLEANS LA
NEW YORK NY
NORFOLK VA
OMAHA NE
ORANGE COUNTY CA
ORLANDO FL
PHILADELPHIA PA
PHOENIX AZ
PITTSBURGH PA
PORTLAND OR
PORTSMOUTH NH
PROVIDENCE RI
RALEIGH NC
RAPID CITY SD
RICHMOND VA
SACRAMENTO CA
SALT LAKE CITY UT
SAN DIEGO CA
SAN FRANCISCO CA
SAN JUAN PR
SEATTLE WA
ST. LOUIS MO
STAMFORD CT
TAMPA FL
WASHINGTON DC REGION
WHITE PLAINS NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY EMAIL ADDRESS IS: BENJAMIN.NEIDL@JACKSONLEWIS.COM

October 11, 2019

**<u>Via Electronic Filing</u>**

The Honorable Mae D'Agostino
United States District Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, N.Y. 12207

Re: Jamie L. Raucci v. Center for Disability Services, Inc.
Civ. Case No.: 1:19-CV-1002 (MAD/CPH)

Dear Judge D'Agostino:

On October 11, I electronically filed and served a letter to the Court pursuant to ¶2A of your Individual Rules and Practices, giving notice of our intention to file a partial motion to dismiss under Rule 12(b), so that the Court may convene a pre-motion conference if it is so inclined.

As I read ¶2A of your Individual Rules and Practices, the plaintiff's response to that letter, if any, was due within three (3) business days, which would have been yesterday. The plaintiff has not filed a response and, therefore, has not indicated any position on the proposed motion, or any intention of amending the Complaint to address the issues raised in My October 11 letter.

Therefore, I respectfully submit that there is apparently no need for a conference, and that the defendants should proceed with filing the motion <u>tomorrow</u> (our current deadline to respond to the Complaint). We are prepared to file tomorrow. However, if the Court would prefer to hold a conference or conference call in any event, I respectfully request that our deadline to respond to the Complaint be adjourned until the date of conference/conference call, whenever that may be.

I thank the Court for its assistance in this matter.






Very truly yours,

JACKSON LEWIS P.C.

Benjamin F. Neidl

Encl.

c.c. Ronald J. Kim, Esq. (via ECF)
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMIE L. RAUCCI,

Plaintiff,

**CERTIFICATE OF SERVICE**

-vs.-

Civil Case No.: 1:19-cv-1002 (MAD/CFH)

CENTER FOR DISABILITY SERVICES, INC,

Defendant.

I hereby certify that on October 17, 2019, I electronically filed the foregoing letter to the Honorable Mae D'Agostino, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Ronald J. Kim, Esq.
Attorney for the Plaintiff
Ron@RonaldKimLaw.com

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants: NONE.

Dated: Albany, N.Y.
October 17, 2019

JACKSON LEWIS, P.C.

By: Benjamin F. Neidl
*Attorney for Defendant*
Bar Roll # 512303
677 Broadway – 9th Floor
Albany, N.Y. 12207
(518) 512-8700 (Telephone)
(518) 242-7730 (Facsimile
benjamin.neidl@jacksonlewis.com