**Law Offices of RONALD J. KIM, P.C.**

October 17, 2019

*VIA EMAIL & CONFIRMING FIRST CLASS MAIL*

Honorable Mae D"Agostino
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

    RE: Raucci vs. Center for Disability Services, Inc. 19-cv1002

Dear Judge D'Agostino:

    Please be advised that after a review of the applicable law and my client's pro se actions during her claim before the New York State Human Rights Commission, she has agreed to withdraw, without prejudice to her Federal rights and remedies, the state law claims in the original complaint.

    In light of several other pending matters before me, I would respectfully request that I be allowed 30 days to file an amended complaint.

Sincerely yours,

Ronald J. Kim

cc:    Jamie L. Raucci

MAILING ADDRESS
PO BOX 318
SARATOGA SPRINGS, NY 12866

OFFICE ADDRESS
3257 Route 9, Suite 5
SARATOGA SPRINGS, NY 12866

EML: ron@ronaldkimlaw.com | WEB: www.ronaldkimlaw.com | TEL: 518-581-8416 | FAX: 518-583-9059